JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO SILVA,<br><br>                    Plaintiff,<br><br>          v.<br><br>WOODWARD HRT, INC., et al.,<br><br>                    Defendants. | Case No. 2:22-cv-00782-FLA (PVCx)<br><br>**ORDER GRANTING STIPULATION TO REMAND [DKT. 26]** |

1

1    On June 2, 2022, Plaintiff Alfredo Silva ("Plaintiff") and Defendant Woodward

2  HRT, Inc. ("Defendant") filed a Stipulation to Remand ("Stipulation"), requesting the

3  court remand this action to Los Angeles Superior Court for the sole purpose of

4  approving the parties' settlement.  Dkt. 26 at 3.  Having considered the Stipulation and

5  finding good cause therefor, the court GRANTS the parties' request and REMANDS

6  this action to Los Angeles Superior Court.

7

8    IT IS SO ORDERED.

9

10  Dated: June 6, 2022

11                                    FERNANDO L. AENLLE-ROCHA
                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2